

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
## JUDGMENT

John Towmey a/k/a John Twomey,    * From the 35th District Court
                                  of Brown County,
                                  Trial Court No. CR28744.

Vs. No. 11-23-00089-CR            * August 30, 2024

The State of Texas,               * Memorandum Opinion by Williams, J.
                                  (Panel consists of: Bailey, C.J.,
                                  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we vacate Appellant's aggravated kidnapping conviction under Count I because it violates the Double Jeopardy Clause, and we reverse the trial court's judgment as to Count I and render a judgment of acquittal with respect to that count. With respect to Count II, we affirm the judgment of the trial court.